AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JUAN REYES-AVILES

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 0028 JLS

I, JUAN REYES-AVILES, the above named defendant, who is accused of committing the

following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States
(Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _____1/03/08_____ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.



FILED

JAN - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER